AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:14-mj-414-CWH |
| | ) | | |
| Dionna Nadine Horton, | ) | | |
| *Defendant* | ) | | |

## CONTINUED DETENTION HEARING

A continued detention hearing at the request of the Defendant in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before Magistrate Judge C.W. Hoffman, Jr.** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Thursday, June 12, 2014<br>at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Jun 11, 2014

*Judge's signature*

C. W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*